**FILED**

09/17/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0051

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## SUPREME COURT CAUSE NO. DA 21-0051

| | | |
|---|---|---|
| STATE OF MONTANA, | ) | |
| | ) | |
| Plaintiff/Appellees, | ) | |
| | ) | **ORDER FOR** |
| vs. | ) | **ADDITIONAL TIME FOR** |
| | ) | **FILING OPENING BRIEF** |
| MICHAEL BONACORSI, | ) | |
| | ) | |
| Defendant/Appellant. | ) | |

Upon review of the Defendant/Appellant Unopposed Sixth Motion for Additional Time for Filing Opening Brief, and good cause therefrom;

It is hereby ORDERED that the Defendant/Appellant shall have an additional thirty (30) days from September 16, 2021, due date to file their Opening Brief. Defendant/Appellant Opening Brief will be due October 16, 2021.

cc:  Jami Rebsom
    Attorney General

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 17 2021